Westlaw.

692 A.2d 411    Page 1
692 A.2d 411, 1996 WL 145818
(Cite as: 692 A.2d 411)

**H**
692 A.2d 411, 1996 WL 145818
(The decision of the Court is referenced in the Atlantic Reporter in a 'Table of Decisions Without Published Opinions.')
Supreme Court of Delaware.
Christopher R. DESMOND, Defendant Below-Appellant,
v.
STATE of Delaware, Plaintiff Below-Appellee.
No. 487, 1995.

Submitted: March 7, 1996.
Decided: March 8, 1996.

Court Below: Superior Court of the State of Delaware in and for New Castle County, Cr.A. Nos. IN91-10-0696 through 0709, IN91-10-1170, 1174, 1176, 1184 and 1197.
Superior Court, New Castle County, 1995 WL 717628.

AFFIRMED.

Before HOLLAND, HARTNETT and BERGER, JJ.

*ORDER*

BERGER, Justice.
*1 This 8th day of March, 1996, the Court, having considered this matter on the briefs filed by the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order dated November 16, 1995;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is,

AFFIRMED.

Del.,1996.
Desmond v. State
692 A.2d 411, 1996 WL 145818

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.