TO: Clerk
U.S. District Court
844 King Street
Wilmington Delaware 19801

RE: Christopher R. Desmond U. Thomas Carroll,
Petition To Recall District court's opinion in Petitioner's
Habeus corpus Petition Rule 60(b)

Date: Feb. 20, 2006

Dear Clerk

Could you please inform me if on or about
Sept. 20, 2005, you received The above entitled
Motion in your office for filing. Thank you in
advance for your attention.

Respectfully
Christopher R. D

FILED

FEB 23 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

C.C. Clerk of The court
Desmond

IM Christopher R. Desmond

SBI# 160280 _____ UNIT 25-4

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M.S
U.S. RAY



Clerk
U.S. District Court
844 King Street
Wilmington Delaware
19801