TO: Clerk
    U.S. Court of Appeals, Third Circuit

RE: Desmond v. Snyder, 96-327 GMS

Subj: Notice of Appeal / From Rule 60(b) motion

Date: April 17, 2006

Dear Clerk

Please docket the enclosed Notice of Appeal, for the above cite case no.# I will be filing all supplemental paper shortly.

Very truly yours

Christopher R. Desmond Pro-se #160380
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

C.C. Thomas E. Brown
     Deputy Attorney General
     820 North French Street
     Wilmington Delaware 19801
     (with enclosed)

[Stamp: RECEIVED APR 18 2006 U.S.C.A. 3rd C.]

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT



U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

CHRISTOPHER R. DESMOND

DISTRICT COURT
DOCKET NUMBER: C.A. NO. 96-327 Gms

v.

ROBERT SNYDER Warden,
Attorney General of The State of Delaware.

DISTRICT COURT
JUDGE: Gregory M. Sleet

Notice is hereby given that Christopher R. Desmond
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) The Denial of appellant's Rule 60(b) motion

entered in this action on April 5, 2006
(date)

DATED: 4-17-06

Pro-se
(Counsel for Appellant-Signature)

Pro-se
(Name of Counsel - Typed)

N/A
(Address)

N/A

N/A
(Telephone Number)

Thomas E. Brown
(Counsel for Appellee)

Department of Justice
(Address)
820 North French Street
Wilmington Delaware 19801

N/A
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

I/M Christopher R. Desmond
SBI# 160386   UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED APR 18 2006 U.S.C.A. 3rd Cir.

Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790