TO: Clerk
U.S. Court of Appeals, Third Circuit

RE: <u>Desmond v. Snyder</u>, 96-327 GMS

Subj: Notice of Appeal / From Rule 60(b) motion

Date: April 17, 2006

Dear Clerk

Please docket the enclosed Notice of Appeal, for the above cite case No.# I will be filing all supplemental paper shortly.

Very truly yours

Christopher R. Desmond Pro-se #160380
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

C.C. Thomas E. Brown
Deputy Attorney General
820 North French Street
Wilmington Delaware 19801
(with enclosed)