NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

*RECEIVED APR 18 2006 U.S.C.A. 3rd Cir.*

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: C.A. NO. 96-327 GMS

CHRISTOPHER R. DESMOND

v.

DISTRICT COURT
JUDGE: Gregory M. Sleet

ROBERT SNYDER Warden, Attorney General of The State of Delaware.

Notice is hereby given that __Christopher R. Desmond__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) __The Denial of appellants Rule 60(b) motion__

entered in this action on __April 5, 2006__
(date)

DATED: __4-17-06__

__Pro-se__
(Counsel for Appellant-Signature)

__Pro-se__
(Name of Counsel - Typed)

__N/A__
(Address)

__NA__

__NA__
(Telephone Number)

__Thomas E. Brown__
(Counsel for Appellee)

__Department of Justice__
(Address)
__820 North French Street__
__Wilmington, Delaware 19801__

__N/A__
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IM Christopher R. Desmond C
SBI# 160386   UNIT C7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

RECEIVED
APR 18 2006
U.S.C.A. 3rd. CIR.

Clerk
United States Court of Appeals
21400 U.S. Courthouse
601 Market Street
Philadelphia PA 19106-1790