TO: Clerk
    U.S. District Court

RE: Desmond v. Snyder, 96-327-GMS

Subj: Six Month Statement from D.C.C.

Date: May 3, 2006

    Dear Clerk

    I have waited until today too obtain my 6 month statement forms from the Department of Corrections Business office, However they have not replied as of this date, after two request from me and I forwarded a copy of the Court's May 5, 2006 deadline. I have filed a Inforam Pauperis form with this Court without the required 6 month statement, Whenever they forward me a copy I will send to the Court.

    Respectfully Yours

Christopher R. Desmond Pro-se
Delaware Correctional Center
1181 Paddock Road
Smyrna Delaware 19977

cc Thomas E. Brown
    Deputy Attorney General



FILED
MAY -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FROM Christopher R. Desmond
SBI# 166380   UNIT 22
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District court
844 King Street
Wilmington Delaware
19801

