# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Christopher Desmond SBI#: 160380

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 26, 2006

**FILED MAY -5 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

So scanned

Attached are copies of your inmate account statement for the months of October 1, 2005 to March 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 208.67 |
| Nov | 224.41 |
| Dec | 233.08 |
| Jan | 220.98 |
| Feb | 208.22 |
| March | 204.90 |

Average daily balances/6 months: 216.81

Attachments
CC: File

Stacy Shane
4/26/06

TO: Clerk
    U.S District court

RE: Desmond v. Snyder
    96-327-GMS

Subj: six month statement

Date: 5-4-06

I have enclosed the 6 month statement so the court court proceed with the informa pauperis motion.

Sincerely,

Christopher K[—]



FILED
MAY - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Christopher R. Desmond
SBI# 166380  UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
844 King Street
Wilmington, Delaware 19801