CA 96-327GMS

2006 MAY -8 PM 11: 20

Rec'd by FAX
from DCC Bus. Ofc.

# Individual Statement

Date Printed: 5/8/2006                                                                 Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $220.18 |
|---|---|---|---|---|---|---|
| 00160380 | Desmond | Christopher | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 3/1/2006 | $33.60 | $0.00 | $0.00 | $253.78 | 229355 | | | |
| Canteen | 3/1/2006 | ($19.47) | $0.00 | $0.00 | $234.31 | 229578 | | | |
| Canteen | 3/8/2006 | ($16.72) | $0.00 | $0.00 | $217.59 | 232047 | | | |
| Supplies-MailP | 3/10/2006 | ($0.60) | $0.00 | $0.00 | $216.99 | 234573 | 12/12/05 | LAW LIBRARY 1/24-2/ | |
| Canteen | 3/16/2006 | ($17.01) | $0.00 | $0.00 | $199.98 | 237762 | | | |
| Canteen | 3/22/2006 | ($16.84) | $0.00 | $0.00 | $183.14 | 239627 | | | |
| Canteen | 3/29/2006 | ($18.86) | $0.00 | $0.00 | $164.28 | 242112 | | | |

Ending Mth Balance: **$164.28**

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($7.56)

# Individual Statement

## For Month of February-2006

Date Printed: 5/8/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $191.61 |
|---|---|---|---|---|---|---|
| 00160380 | Desmond | Christopher | | | | |
| Current Location: 22 | | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 2/1/2006 | $30.24 | $0.00 | $0.00 | $221.85 | 214850 | | | |
| Canteen | 2/1/2006 | ($19.91) | $0.00 | $0.00 | $201.94 | 216248 | | | |
| Supplies-MailP | 2/2/2006 | ($1.98) | $0.00 | $0.00 | $199.96 | 217988 | | LAW LIBRARY 12/24/ 11/15/05 | |
| Supplies-MailP | 2/2/2006 | ($0.83) | $0.00 | $0.00 | $199.13 | 217987 | | 11/15/05 | |
| Mail | 2/3/2006 | $40.00 | $0.00 | $0.00 | $239.13 | 218340 | 9341627062 | | V. EGNOR |
| Canteen | 2/8/2006 | ($19.82) | $0.00 | $0.00 | $219.31 | 219942 | | | |
| Supplies-MailP | 2/10/2006 | $0.00 | $0.00 | ($0.60) | $219.31 | 221633 | | 12/12/05 | |
| Canteen | 2/15/2006 | ($19.73) | $0.00 | $0.00 | $199.58 | 223134 | | | |
| Canteen | 2/22/2006 | ($19.40) | $0.00 | $0.00 | $180.18 | 226044 | | | |
| Mail | 2/28/2006 | $40.00 | $0.00 | $0.00 | $220.18 | 228615 | 9341632315 | | V A. EGNOR |

Ending Mth Balance: **$220.18**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($7.56)

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $197.66 | | |
|---|---|---|---|---|---|---|---|---|
| 00160380 | Desmond | Christopher | | | | | | |

Current Location: 22       Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 1/3/2006 | $33.60 | $0.00 | $0.00 | $231.26 | 202682 | | | |
| Mail | 1/3/2006 | $40.00 | $0.00 | $0.00 | $271.26 | 203133 | 9341628355 | LAW LIBRARY 11/24- | V EGNOR |
| Canteen | 1/4/2006 | ($19.97) | $0.00 | $0.00 | $251.29 | 203547 | | | |
| Canteen | 1/11/2006 | ($21.54) | $0.00 | $0.00 | $229.75 | 206938 | | | |
| Canteen | 1/18/2006 | ($19.02) | $0.00 | $0.00 | $210.73 | 209997 | | | |
| Canteen | 1/25/2006 | ($19.12) | $0.00 | $0.00 | $191.61 | 213609 | | | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($0.83) | $191.61 | 214057 | | 11/15/05 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($1.98) | $191.61 | 214058 | | 11/15/05 | |

Ending Mth Balance: $191.61

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($7.56)

# Individual Statement

Date Printed: 5/8/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance |
|---|---|---|---|---|---|
| 00160380 | Desmond | Christopher | | | $203.91 |

**Current Location:** 22  
**Comments:**

**For Month of December 2005**

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 12/1/2005 | $33.60 | $0.00 | $0.00 | $237.51 | 190733 | | | |
| Canteen | 12/7/2005 | ($19.98) | $0.00 | $0.00 | $217.53 | 192448 | | | |
| Mail | 12/7/2005 | $40.00 | $0.00 | $0.00 | $257.53 | 192890 | 8888686830 | | VA EGNOR |
| Canteen | 12/14/2005 | ($19.91) | $0.00 | $0.00 | $237.62 | 194763 | | | |
| Canteen | 12/22/2005 | ($19.96) | $0.00 | $0.00 | $217.66 | 198139 | | | |
| Canteen | 12/28/2005 | ($20.00) | $0.00 | $0.00 | $197.66 | 200174 | | LAW LIBRARY 10/24- | |

**Ending Mth Balance:** $197.66

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($7.56)

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

**For Month of November 2005**

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: $168.64 |
|---|---|---|---|---|---|
| 00160380 | Desmond | Christopher | | | |

Current Location: 22    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 11/1/2005 | $33.60 | $0.00 | $0.00 | $202.24 | 177171 | | | |
| Mail | 11/2/2005 | $40.00 | $0.00 | $0.00 | $242.24 | 179067 | | | |
| Canteen | 11/9/2005 | ($19.16) | $0.00 | $0.00 | $223.08 | 181460 | 8888682014 | | |
| Canteen | 11/16/2005 | ($19.60) | $0.00 | $0.00 | $203.48 | 184733 | | | |
| Visit | 11/21/2005 | $40.00 | $0.00 | $0.00 | $243.48 | 186475 | | | V.EGNOS |
| Canteen | 11/23/2005 | ($19.97) | $0.00 | $0.00 | $223.51 | 187412 | 08547319710 | LAW LIBRARY 9/24-1 | VA. EGNOR |
| Canteen | 11/30/2005 | ($19.60) | $0.00 | $0.00 | $203.91 | 189396 | | | |

Ending Mth Balance: **$203.91**

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($7.55)

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

| SBI | Last Name | First Name | M/ Statu | Beg Mth Balance |
|---|---|---|---|---|
| 00160380 | Desmond | Christopher | | $157.94 |

Current Location: 22   Comments:

### For Month of October 2005

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 10/3/2005 | $33.60 | $0.00 | $0.00 | $191.54 | 164592 | | | |
| Mail | 10/3/2005 | $50.00 | $0.00 | $0.00 | $241.54 | 165292 | 190004280 | LAW LIBRARY 6/24-9 | C PLATT |
| Canteen | 10/5/2005 | ($19.98) | $0.00 | $0.00 | $221.56 | 166140 | | | |
| Mail | 10/5/2005 | $50.00 | $0.00 | $0.00 | $271.56 | 166553 | 888680642 | | VA EGNOR |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $267.71 | 167898 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.52) | $0.00 | $0.00 | $266.19 | 167900 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.13) | $0.00 | $0.00 | $263.06 | 168152 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.13) | $0.00 | $0.00 | $259.93 | 168151 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.29) | $0.00 | $0.00 | $258.64 | 168257 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.60) | $0.00 | $0.00 | $258.04 | 168254 | | | |
| Canteen | 10/12/2005 | ($19.73) | $0.00 | $0.00 | $238.31 | 170095 | | | |
| Pay-To | 10/14/2005 | ($30.00) | $0.00 | $0.00 | $208.31 | 172203 | | NEWS JOURNAL | |
| Canteen | 10/19/2005 | ($19.72) | $0.00 | $0.00 | $188.59 | 173176 | | | |
| Canteen | 10/26/2005 | ($19.95) | $0.00 | $0.00 | $168.64 | 175530 | | | |

Ending Mth Balance: $168.64

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($7.55)