IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER R. DESMOND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 96-327-GMS |
| | ) | |
| ROBERT SNYDER, | ) | |
| Warden, and Attorney General | ) | |
| of the State of | ) | |
| Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

At Wilmington this 10th day of July, 2006;

IT IS ORDERED that:

Petitioner Christopher R. Desmond's request to proceed *in forma pauperis* on appeal is GRANTED. (D.I. 75) *See* Federal Rule of Appellate Procedure 24(a).

UNITED STATES DISTRICT JUDGE