IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTOPHER R. DESMOND, )
)
       Petitioner, )
)
v. ) Civil Action No. 96-327-GMS
)
ROBERT SNYDER, )
Warden, and Attorney General )
of the State of )
Delaware, )
)
       Respondents. )

**ORDER**

At Wilmington this 28th day of September, 2006;

IT IS ORDERED that:

*Pro se* petitioner Christopher R. Desmond's Rule 59(e) "Petition for Amendment of Judgment [Denying Petitioner's Rule 60(b) Motion]" is DENIED.[1] (D.I. 69.) Desmond fails to demonstrate that the court committed a manifest error of law in denying his Rule 60(b) motion. *See Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985)(explaining that the purpose of a motion for reconsideration filed pursuant to Federal Rule of Civil Procedure 59(e) is to correct manifest errors of law or fact or to present newly discovered evidence).

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Although Desmond filed the instant motion on April 13, 2006, and then filed a notice of appeal on April 17, 2006, the court has jurisdiction over the motion pursuant to Fed. R. App. P. 4(a)(4)(iv).